FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01535-BNB

DOUGLAS EUGENE WILSON, and
MR. JOHNSON, et al.,

      Plaintiffs,

v.

JOHN SUTHERS, Attorney General,
ROBERT CANTWELL, CDOC Director,
SUSAN JONES, CSP Warden,
JOE ORTIZ, Former CDOC-CEO,
TWELVE UNKNOWN CORRECTIONAL OFFICERS,
DR. ALMPALLA, OMI Director, and
DR. LOWELL O. FERRELL, PhD.,

      Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff, Douglas Eugene Wilson, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado State Penitentiary in Cañon City, Colorado. Mr. Wilson initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. Although the caption of the Prisoner Complaint lists Mr. Johnson as a Plaintiff in addition to Mr. Wilson, only Mr. Wilson signed the Prisoner Complaint and Mr. Johnson has not filed any documents in this action. Furthermore, Mr. Wilson, as a *pro se* litigant, may not represent other *pro se* litigants in federal court. *See* 28 U.S.C. § 1654. Therefore, the Court does not consider Mr. Johnson to be a party to this action.

On July 13, 2011, Mr. Wilson filed a "Motion to Withdraw Civil Action as Titled and Numbered Above" (Doc. #8) asking the Court to dismiss this action so that he can

focus on his pending habeas corpus action.  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Wilson "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  No response has been filed by Defendants in this action.  Therefore, the Court will construe Mr. Wilson's motion to withdraw civil action filed on July 13 as a notice of voluntary dismissal.  A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Withdraw Civil Action as Titled and Numbered Above" (Doc. #8) filed on July 13, 2011, is construed as a notice of voluntary dismissal. It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to the notice of voluntary dismissal.  It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 13, 2011, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this __19[th]__ day of ___July_____, 2011.

BY THE COURT:

_s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01535-BNB

Douglas Eugene Wilson
Prisoner No.  124554
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 19, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk